IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **NEBRASKA TURKEY GROWERS COOPERATIVE ASSOCIATION,** | ) ) ) | |
| Plaintiff, | ) ) | 4:05CV3060 |
| vs. | ) ) | ORDER |
| **ATS LOGISTICS SERVICES, INC.,** | ) ) | |
| Defendant, | ) | |

This matter is before the court on the plaintiff's Motion for Leave to File Amended Complaint (Filing No. 27). The plaintiff attached to the motion an unsigned copy of the proposed amended complaint, in compliance with NECivR 15.1(a). **See** Filing No. 27, Exhibit A. Additionally, the plaintiff filed an affidavit in support of the motion. **See** Filing No. 28, Exhibit A. The defendant did not file an objection to the motion. The plaintiff seeks to amend its complaint to include an additional state law claim of negligence. The plaintiff also makes minor alterations to other allegations in the complaint. Upon consideration,

**IT IS ORDERED:**

1. The plaintiff's Motion for Leave to File Amended Complaint (Filing No. 27) is granted.

2. The plaintiff shall have to on or before **August 12, 2005**, to file the amended complaint.

DATED this 3rd day of August, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge