IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **NEBRASKA TURKEY GROWERS** | ) | |
| **COOPERATIVE ASSOCIATION,** | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3060 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **ATS LOGISTICS SERVICES, INC.,** | ) | |
| | ) | |
| Defendant, | ) | |

This matter is before the court on the parties' Stipulation and Joint Motion for Continuance of Planning Conference (Filing No. 32). The parties seek to continue the August 29, 20005 planning conference until a time after the court has ruled on the plaintiff's Motion to Remand and for Costs, Expenses and Fees (Filing No. 33). Upon consideration,

**IT IS ORDERED:**

1. The parties' Stipulation and Joint Motion for Continuance of Planning Conference (Filing No. 32) is granted.

2. The planning conference scheduled for August 29, 2005 is cancelled.

3. The parties shall have **twenty (20) days** from the date an order is filed on the currently pending motion to remand (Filing No. 33), in which to reschedule a planning conference with the court, if necessary. Counsel for the plaintiff shall contact the court within such time period to schedule the planning conference.

DATED this 25th day of August, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge