IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NEBRASKA TURKEY GROWERS COOPERATIVE ASSOCIATION, | ) ) ) | |
| Plaintiff, | ) ) | 4:05CV3060 |
| vs. | ) ) | ORDER |
| ATS LOGISTICS SERVICES, INC., | ) ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's Motion for Extension of Time (Filing No. 36). The defendant seeks an extension of the deadline for filing its brief in opposition to the plaintiff's Motion to Remand and for Costs, Expenses and Fees (Filing No. 33) to September 16, 2006. The defendant states the plaintiff does not object to the motion. Upon consideration and for good cause shown,

**IT IS ORDERED:**

The defendant's Motion for Extension of Time (Filing No. 36) is granted. The defendant is given to **on or before September 16, 2005**, within which to file its brief in opposition to the plaintiff's Motion to Remand and for Costs, Expenses and Fees (Filing No. 33).

DATED this 9th day of September, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge