IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NEBRASKA TURKEY GROWERS COOPERATIVE ASSOCIATION, | ) ) ) | 4:05CV3060 |
| Plaintiff, | ) | **MEMORANDUM** |
| vs. | ) ) | **AND ORDER** |
| ATS LOGISTICS SERVICES, INC., | ) ) | |
| Defendant and Third-Party Plaintiff, | ) ) | |
| vs. | ) ) | |
| JENNIFER'S DELIVERY SERVICE, | ) ) | |
| Third-Party Defendant. | ) | |

IT IS ORDERED that Plaintiff's motion for an enlargement of time (filing 41) is granted, as follows:

Plaintiff shall respond to Defendant's motion for summary judgment (filing 38) within twenty (20) days after an order is entered by the court deciding Plaintiff's motion to remand (filing 33).[1]

October 3, 2005.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge

---

[1] The motion to remand has been referred to Magistrate Judge Thalken.